```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Justin Deonta Strom

    v.                                              Case No. 23-cv-176-LM

FCI Berlin, Warden


ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 26, 2025 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    The Warden's motion for summary judgment (doc. 14) is granted. The clerk shall enter judgment and close the case.

                                                                        _____
                                                                        Landya B. McCafferty
                                                                        United States District Judge

Date: March 28, 2025


cc:   Justin Deonta Strom, pro se
       Counsel of Record